# United States Court of Appeals
## For the First Circuit

No. 14-1195

JOSEPH CASTAGNARO,

Plaintiff, Appellant,

v.

THE BANK OF NEW YORK MELLON,

Defendant, Appellee.

**ERRATA SHEET**

The opinion of this Court issued on November 20, 2014 is amended as follows:

On page 6, line 3, change "Chesire" to "Cheshire"

On page 7, line 1, change "note-holder" to "note holder"

On page 8, line 8, change "note-holder" to "note holder"

On page 8, line 10, change "one in the same" to "one and the same"

On page 8, line 10, change "note-holder" to "note holder